1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: john.hemann@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )   No. 3-12-71283-MAG
                                      )
15         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   ORDER EXTENDING TIME PURSUANT
16    v.                              )   TO FED. R. CRIM. P. 5.1 AND 18 U.S.C.
                                      )   § 3161(h)
17 TONY PHAN,                         )
                                      )
18         Defendant.                 )
                                      )
19

20         The parties, by and through counsel, stipulate and agree as follows:

21         1.  The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until February 21,

22 2013, and the hearing scheduled for February 5, 2013, vacated.

23         2.  Counsel for the United States and the defendant wish to exchange certain information,

24 and to meet and confer prior to the time of Indictment to discuss a potential resolution of the

25 case.  Counsel for the defendant believes based on the charge alleged in the Complaint that it is

26 in the best interest of the defendant to obtain further information, consult with the defendant, and

27 meet with the government prior to Indictment; counsel for the government believes that it is in

28 the interests of justice to do so.  The parties agree that extending the time limits of Rule 5.1

STIPULATION AND [PROPOSED] ORDER
Case No. 3-12-71283-MAG

1  serves the ends of justice and outweighs the interests of the public and the defendant in a speedy
2  trial, and that failing to extend the time limits would deny counsel for the government and the
3  defendant the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence.  18 U.S.C. § 3161(h)(7).
5           3.  The hearing scheduled for February 5, 2013, for defendant Phan should be vacated.
6  The next court appearance in this case shall be February 21, 2013, 2013, at 9:30 am before the
7  duty magistrate in San Francisco, for preliminary hearing or indictment.  The parties may seek
8  further extension of the time limits in Rule 5.1(c) by stipulation.
9           SO STIPULATED AND AGREED,

11  DATED:                                   MELINDA HAAG
                                             United States Attorney

                                             /s/
                                             _____
                                             JOHN H. HEMANN
                                             Assistant United States Attorney


                                             /s/
                                             _____
16  DATED:
                                             SETH CHAZIN
                                             Counsel for Tony Phan

19                          [PROPOSED] ORDER

20          Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO
21  ORDERED.

23  DATED:  February 5, 2013       _____
                                   MARIA-ELENA JAMES
                                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 3-12-71283-MAG